UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **DIANE PATTON,** | ) |
| Plaintiff, | ) Case No. EDCV 12-02091 AJW |
| v. | ) |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) **J U D G M E N T** |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

November 12, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge