1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
      1420 E. Cooley Dr., Suite 100
3     Colton, California 92324
4     Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
5     E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                   UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 DIANE PATTON,                    )   No.  EDCV 12-02091 AJW
11                                  )
12      Plaintiff,                  )   <u>ORDER AWARDING EAJA FEES</u>
                                    )
13      v.                          )
                                    )
14                                  )
15 CAROLYN W. COLVIN,               )
   Commissioner Of Social Security, )
16                                  )
17      Defendant.                  )
   _____

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20
   THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the
21
   terms of the stipulation.
22
        February 04, 2014
23

24  _____

25  HON. ANDREW J. WISTRICH
    UNITED STATES MAGISTRATE JUDGE
26

27

28

-1-